# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ARMAN NERSISYAN,

       Petitioner,

    v.

TODD M. LYONS, et al.,

       Respondents.

Case No. 1:25-cv-01728-JLT-SAB-HC

ORDER DIRECTING PETITIONER TO FILE DECLARATIONS WITHIN FOURTEEN DAYS

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 3, 2025, Petitioner's counsel filed a petition for writ of habeas corpus on behalf of Petitioner. (ECF No. 1.) Therein, counsel stated:

> This petition cannot be verified by ARAM NERSISYAN because he is in Respondents' custody. Consequently, the undersigned counsel for Petitioner hereby verifies that the information in this petition is true and correct to the best of my knowledge and belief based on information provided by the Petitioner and Petitioner's family.

(ECF No. 1 at 17.[1]) The petition references the declarations of Petitioner and Petitioner's wife multiple times. The list of exhibits states that the declarations of Petitioner and his wife are "forthcoming." (ECF No. 1 at 16.) To date, no declarations have been filed.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

Accordingly, the Court HEREBY ORDERS that within fourteen (14) days of the date of service of this order, Petitioner SHALL FILE the declarations of Petitioner and Petitioner's wife.

IT IS SO ORDERED.

Dated:    **February 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2