# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ARMAN NERSISYAN,

        Petitioner,

   v.

TODD M. LYONS, et al.,

        Respondents.

Case No. 1:25-cv-01728-JLT-SAB-HC

ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO MOTION TO AMEND

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 3, 2025, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On January 5, 2026, Respondents filed a motion to dismiss. (ECF No. 8.) On January 21, 2026, Petitioner filed an opposition. (ECF No. 9.) On February 11, 2026, Petitioner filed a motion to amend the petition, which has been referred to the undersigned. (ECF Nos. 15, 17.)

Accordingly, the Court HEREBY ORDERS that within seven (7) days of the date of service of this order, Respondents SHALL FILE a response to the motion to amend.

IT IS SO ORDERED.

Dated:   **February 12, 2026**

             STANLEY A. BOONE
             United States Magistrate Judge