# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN NERSISYAN, | No. 1:25-cv-01728-JLT-SAB (HC) |
| Petitioner, | A-Number: 208-616-715 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTIONS TO DISMISS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO SERVE CALIFORNIA CITY DETENTION FACILITY WITH COPY OF ORDER AND CLOSE CASE |
| TODD M. LYONS, et al., | |
| Respondents. | |
| | (Docs. 8, 21, 22, 24) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2026,[1] the magistrate judge issued findings and recommendations recommending that the first amended petition for writ of habeas corpus be granted on the eighth claim for relief, Respondents' motions to dismiss be denied, and Respondents be directed to immediately release Petitioner. (Doc. 24.) The Court served the findings and recommendations on the parties and notified them that any objections were due in 14 days. (*Id.*) On April 27, 2026,

---

[1] The findings and recommendations were signed on April 10, 2026, but not docketed until April 13, 2026.

1

Respondents filed timely objections. (Doc. 27.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on April 13, 2026 (Doc. 24) are **ADOPTED IN FULL**.

2. The first amended petition for writ of habeas corpus (Doc. 21) is **GRANTED** on the eighth claim for relief.

3. Respondents' motions to dismiss (Doc. 8, 22) are **DENIED**.

4. Respondents are directed to **IMMEDIATELY RELEASE** Petitioner Arman Nersisyan (A-Number: 208-616-715) on the conditions of his prior release.

5. Respondents are **ENJOINED** and **RESTRAINED** from rearresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice of at least seven days before a pre-deprivation hearing at which the government will bear the burden of demonstrating by clear and convincing evidence that he is likely to flee or pose a danger to the community.[2]

6. The Clerk of Court is directed to serve the California City Detention Facility in California City, California with a copy of this Order.

7. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:    **April 29, 2026**

UNITED STATES DISTRICT JUDGE

---

[2] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here **SHALL** be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondent's **SHALL** provide a bond hearing in the timeframe required by law.

2